**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION**

UNITED STATES OF AMERICA                                                  PLAINTIFF

v.                                          NO. 3:24-cr-00033-JM-01

BRIAN EUGENE ROBINSON                                               DEFENDANT

### AMENDMENT TO JUDGMENT & COMMITMENT ORDER

The Judgment & Commitment Order (Doc. No. 28) filed on March 12, 2026, is hereby corrected to reflect that Defendant's USM Number is 27552-009.

All other conditions contained in the original Judgment & Commitment Order remain in full force and effect.

IT IS SO ORDERED this 13th day of May, 2026.

_____
JAMES M. MOODY, JR.
UNITED STATES DISTRICT JUDGE